UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/12/2025
```

GINETTE JIMENEZ-REYES,

                Plaintiff,

           -v-

GREAT DANE TRAILERS, *et al.*,

                Defendants.

**ORDER**

25-CV-4367 (JAV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

      Plaintiff commenced this action on May 23, 2025. ECF No. 1. On August 28, 2025, Plaintiff filed an affidavit of service stating Defendant Great Dane LLC was served on June 18, 2025. ECF No. 13. Defendant Great Dane LLC's answer was due by July 9, 2025.

      Given Defendant Great Dane LLC's non-appearance since the affidavit of service was filed, if Plaintiff believes that she has effectuated service, then she should initiate default judgment proceedings against Defendant Great Dane LLC in accordance with Federal Rules of Civil Procedure 55(a) and 55(b) and Local Civil Rules 55.1 and 55.2 by **September 26, 2025**. Alternatively, Plaintiff may submit a status letter by the same date, informing the Court as to Plaintiff's litigation plan and whether she is still actively attempting to serve Defendant Great Dane LLC.

      Further, so far as the docket reflects, as of the date of this Order, Plaintiff has not served the summons and Complaint on Defendant Great Dane Trailers. It is therefore **ORDERED** Plaintiff shall show cause, by submitting a letter to the

1

Court by no later than **September 26, 2025**, as to why Plaintiff has failed to serve the summons and Complaint on Defendant Great Dane Trailers within the 90 days prescribed by Federal Rule of Civil Procedure 4(m) or, if Plaintiff believes that Defendant Great Dane Trailers has been served, provide proof of such service and explain when and in what manner service was made.

Failure to comply with this Order may result in a recommendation to the Honorable Judge Jeannette A. Vargas that the action be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41.

**SO ORDERED.**

Dated: September 12, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge