USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/29/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GINETTE JIMENEZ-REYES,

            Plaintiff,

    -v-

GREAT DANE TRAILERS, *et al.*,

            Defendants.

**ORDER**

25-CV-4367 (JAV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    Plaintiff commenced this action on May 23, 2025. ECF No. 1. On August 28, 2025, Plaintiff filed an affidavit of service stating that Defendant Great Dane LLC was served on June 18, 2025. ECF No. 13. On September 12, 2025, the Court ordered Plaintiff to initiate default judgment proceedings or submit a status letter informing the Court as to her litigation plan by September 26, 2025. ECF No. 14. Plaintiff filed a letter (the "Letter") on September 26, 2025 stating the Summons and Complaint were served on Great Dane LLC, but Plaintiff did not provide any further details about her litigation plan. ECF No. 15.

    If Plaintiff believes, as stated in the Letter, that the correct Defendant in this action is Great Dane LLC, *not* Great Dane Trailers, then Plaintiff should file an amended complaint by **October 14, 2025** removing Great Dane Trailers as a party.

    Further, given Defendant Great Dane LLC's non-appearance since the affidavit of service was filed, if Plaintiff believes that she has effectuated service, then she should initiate default judgment proceedings against Defendant Great

1

Dane LLC in accordance with Federal Rules of Civil Procedure 55(a) and 55(b) and Local Civil Rules 55.1 and 55.2 by **October 14, 2025**. The Court notes, however, that filing and serving an amended complaint would reset the deadline for Great Dane LLC to respond.

Failure to comply with this Order may result in a recommendation to Judge Vargas that the action be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41.

**SO ORDERED.**

Dated: September 29, 2025
       New York, New York

Henry J. Ricardo
United States Magistrate Judge