UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/17/2026

GINETTE JIMENEZ-REYES,

                Plaintiff,

      -v-

MILESTONE EQUIPMENT HOLDINGS, LLC, *et al.*,

                Defendants.

**ORDER**

25-CV-4367 (JAV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On January 16, 2026, Plaintiff filed an Amended Verified Complaint. ECF No. 25. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff's deadline to serve the Amended Verified Complaint was April 16, 2026. To date, so far as the docket reflects, Plaintiff has not effectuated service of the Amended Verified Complaint. The Court *sua sponte* extends the deadline for Plaintiff to serve the Amended Verified Complaint to **May 18, 2026.**

**SO ORDERED.**

Dated: April 17, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge