UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/3/2026_

GINETTE JIMENEZ-REYES,

                Plaintiff,

        -v-

MILESTONE EQUIPMENT HOLDINGS, LLC, *et al.*,

             Defendants.

**ORDER**

25-CV-4367 (JAV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter, ECF No. 29, responding to the undersigned's May 19, 2026 order, ECF No. 28. Plaintiff's request for an extension of time to effectuate service is **GRANTED**. Service shall be completed by **August 3, 2026**. Plaintiff is warned that the undersigned may recommend to the Honorable Jeannette A. Vargas that the action be dismissed if this deadline is not met.

**SO ORDERED.**

Dated: June 3, 2026
      New York, New York

                                _____
                                Henry J. Ricardo
                                United States Magistrate Judge

1