UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

GINETTE JIMENEZ-REYES,

Plaintiff,

-v-

MILESTONE EQUIPMENT HOLDINGS, LLC, et al.,

Defendants.

---------------------------------------------------------------------- X

25-CV-4367 (JAV) (HJR)

ORDER ADOPTING REPORT AND RECOMMENDATION

JEANNETTE A. VARGAS, United States District Judge:

On May 23, 2025, Plaintiff Ginette Jimenez-Reyes ("Plaintiff"), filed this action, seeking monetary damages for injuries allegedly sustained from a motor vehicle accident. ECF No. 1 ("Complaint" or "Compl.") at 1. On June 03, 2025, the Court referred the action to Magistrate Judge Henry J Ricardo for general pretrial supervision. ECF No. 4. In the Report and Recommendation filed on August 26, 2026, Magistrate Judge Ricardo recommended that the case be dismissed without prejudice for failure to comply with Rule 4(m) of the Federal Rules of Civil Procedure and for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. ECF No. 35 ("R&R") at 1.

In reviewing a Report and Recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). A district court "must determine *de novo* any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3); *see also United States v. Male Juvenile*, 121 F.3d 34, 38 (2d Cir. 1997). Conclusory or general objections that merely refer the district court to previously filed papers or arguments do not constitute proper

objections under Rule 72(b). *Miller v. Brightstar Asia, Ltd.*, 43 F.4th 112, 120 (2d Cir. 2022). To accept those portions of the report to which no timely or proper objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record. *See id.* at 120 & n.4.

In the present case, the Report and Recommendation advised that Plaintiff had fourteen days from service of the Report and Recommendation to file any objections, and warned that failure to timely file such objections would result in waiver of any right to object. R&R at 6-7. In addition, the Report and Recommendation expressly called Defendant's attention to Rule 72 of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1). *Id.* at 6. Nevertheless, as of the date of this Order, no objections have been filed and no request for an extension of time to object has been made. Accordingly, Defendant has waived the right to object to the Report and Recommendation or to obtain appellate review. *See Miller*, 43 F.4th at 120.

Despite the waiver, the Court has reviewed the Report and Recommendation, unguided by objections, and finds the Report and Recommendation to be thorough, well-reasoned, and grounded in fact and law. In particular, the Magistrate Judge issued numerous orders warning Plaintiff of the consequences of failure to file and serve an accurate complaint, including the potential dismissal of the case. ECF Nos. 27, 28, 30. The docket reflects that Plaintiff still has not completed service, despite multiple extensions. Having found no errors, the Court **ADOPTS** the Report and Recommendation in its entirety.

The Clerk of Court is directed to terminate all pending motions and close the case.

SO ORDERED.

Dated: September 22, 2026
New York, New York

Jeannette Vargas

JEANNETTE A. VARGAS
United States District Judge